# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-146-DSC

| | |
|---|---|
| **DAVID LEE CROCKETT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| **WAL-MART STORES EAST, LP,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's "Motion for Summary Judgment," (document #8) and the parties' associated briefs and exhibits.

The parties have consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636 (c). This Motion is now ripe for the Court's consideration.

In his "Brief in Opposition …" (document #9), Plaintiff asks for additional time to conduct discovery. Pursuant to the parties' stipulation, the discovery deadline is December 15, 2014. The dispositive motions deadline is December 19, 2014.

The Court in its discretion will <u>grant</u> an extension of the discovery and dispositive motions deadlines. <u>The parties are cautioned that there will be no further extension of these deadlines absent exceptional circumstances</u>. Failure to conduct discovery promptly will not constitute an exceptional circumstance.

**NOW, THEREFORE, IT IS ORDERED** that:

1. Defendant's "Motion for Summary Judgment" (document #8) is **DENIED** without prejudice to Defendant's right to file another dispositive motion following the completion of discovery.

2. The discovery deadline is extended to February 15, 2015 and the dispositive motions deadline is extended to March 15, 2015.

3. The Clerk is directed to send copies of this Memorandum and Order to counsel for the parties.

**SO ORDERED ADJUDGED AND DECREED.**

Signed: November 17, 2014

David S. Cayer
United States Magistrate Judge