# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-146-DSC

| | |
|---|---|
| **DAVID LEE CROCKETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | <u>**ORDER**</u> |
| **v.** ) | |
| ) | |
| **WAL-MART STORES EAST, LP,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the "Stipulation of Parties and Joint Motion to Extend Mediation Deadline." (document #12). The parties stipulate that the deadline for Defendant's expert report is extended to February 17, 2015. The parties move for an extension of the mediation deadline to February 27, 2015. For the reasons stated therein, the Motion is **GRANTED**.

<u>The parties are again cautioned that there will be no further extensions of the discovery or dispositive motions deadlines absent exceptional circumstances</u>. Failure to conduct discovery promptly will not constitute an exceptional circumstance.

**SO ORDERED.**

Signed: December 4, 2014

_____
David S. Cayer
United States Magistrate Judge